IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:15-cr-00215-O |
| RICHARD FERDINAND TOUSSAINT, JR, | |

## ORDER

Before the Court is Defendant's Unopposed Motion and Brief to Temporarily Extend Pretrial-Release Curfew Time (ECF No. 157). The Court is of the opinion that the motion is well taken and GRANTS this request.

IT IS THEREFORE ORDERED that the daily curfew time embodied in the amended conditions for release (ECF No. 109) is temporarily modified by extending the daily curfew time from 10:00 pm on June 17, 2016, until 2:00 am on June 18, 2016, and from 10:00 pm on June 18, 2016, until 2:00 am on June 19, 2016.

Signed this 4th day of June, 2016.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**