IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     PLAINTIFF, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 3:15-CR-215-O |
| | § | |
| RICHARD FERDINAND TOUSSAINT, JR., | § | |
|     DEFENDANT. | § | |

# ORDER

Before the Court is the Government's Unopposed Motion for Hearing Regarding Disputed Forfeiture Allegations (ECF No. 162). To permit the Court to timely prepare and schedule this matter, the Government is **ORDERED** to provide a pleading setting out in detail the amount of money judgment it seeks based on its forfeiture notice and the evidentiary basis for this amount. In a separate pleading, the Government is **ORDERED** to file a list of witnesses it expects to testify and the subject matter of their testimony, as well as the amount of time it needs to present its evidence at a hearing. These pleadings shall be filed no later than July 19, 2016.

Defendant is **ORDERED** to file any response to the Government's forfeiture request and a separate list of witnesses he expects to testify, the subject matter of their testimony, as well as the amount of time he needs to present his case. The Defendant's pleadings are due no later than July 22, 2016.

**SO ORDERED** on this the 16th day of July, 2016.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**